UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHELLE MARCIA BROWN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 13-12844

Honorable Nancy G. Edmunds

**<u>ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [21] , GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [15], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [19], REVERSING THE FINDINGS OF THE COMMISSIONER AND REMANDING THE CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR</u>**

    Before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff Rachelle Marcia Brown's appeal of the denial of her Social Security disability benefits request [21].  The Magistrate Judge recommends that the Court grant the Plaintiff's motion for summary judgment [15], deny Defendant's motion for summary judgment [19], reverse the Commissioner's findings, and remand the case to the administrative law judge for further proceedings under Sentence Four of 42 U.S.C. § 405(g).

    Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation[1], the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [15] is GRANTED, Defendant's motion for summary

---

[1]Timely objections were not filed.

judgment [19] is DENIED, the findings of the Commissioner are REVERSED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  September 5, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 5, 2014, by electronic and/or ordinary mail.

        s/Carol J. Bethel
        Case Manager